1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                                    Plaintiff,

        v.

LAVERN JOSEPH ADOLPH,

                                    Defendant.

Case No. 2:24-CR-0097-TOR

ORDER GRANTING
GOVERNMENT'S MOTION FOR A
PROTECTIVE ORDER RE
DISCOVERY

        IT IS HEREBY ORDERED that:

        1.      The Government's Motion for a Protective Order re Discovery, ECF
No. 21, is GRANTED.

        2.      The Government will provide discovery materials on an on-going basis to
defense counsel;

        3.      Defense counsel may show to, and discuss with the Defendant, all
discovery materials;

        4.      Defense counsel shall not provide original or copies of any discovery
materials to the Defendant;

        5.      Discovery materials may not be left in the Defendant's custody;

ORDER GRANTING GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER
RE DISCOVERY - 1

6.      Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order.

IT IS SO ORDERED. The Clerk shall enter this Order and furnish copies to counsel.

DATED August 13, 2024.



_____
THOMAS O. RICE
United States District Judge

ORDER GRANTING GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER
RE DISCOVERY - 2